# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

MARIUS KING,               )
                            )
      Plaintiff,          )
                            )     No. 1-13-00020
v.                          )     Senior Judge Haynes
                            )
ENOCH GEORGE, et al.,    )
                            )
      Defendants.     )

## O R D E R

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry No. 47) to grant Defendants' motion to dismiss (Docket Entry No. 37) and deny Defendants' motion to compel (Docket Entry No. 40) as moot. Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** Defendants' motion to dismiss (Docket Entry No. 37) is **GRANTED** and Defendants' motion to compel (Docket Entry No. 40) is **DENIED as moot**. This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _18th_ day of June, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge